ACCEPTED
04-16-00376-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/15/2016 9:08:59 AM
KEITH HOTTLE
CLERK

IN THE COURT OF APPEALS

FOR THE FOURTH DISTRICT, AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/15/2016 9:08:59 AM
KEITH E. HOTTLE
Clerk

CAUSE NUMBER 04-16-00376-CV

AMANDA BROOKE PLESS, APPELLANT

V.

WAYNE J. RANSBERGER, APPELLEE

APPELLANT'S MOTION TO DISMISS APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Amanda Brooke Pless, and requests this Honorable Court to dismiss Cause Number 04-16-00376-CV for the ground set forth herein.

I.

A.    Appellant requests dismissal of Cause Number 04-16-00376-CV for the following reason:

1.    Appellant no longer wishes to pursue the appeal of the Final Decree of Divorce entered April 19, 2016, and denial of Motion for New Trial rendered in open court on May 5, 2016.

WHEREFORE, Appellant requests this Honorable Court to dismiss Cause Number 04-16-00376-CV, without prejudice, and for such other and further relief that may be awarded at law or in equity.

LAW OFFICE OF
ANGELA C. DICKERSON, P.C.

By:_____
Angela C. Dickerson
State Bar No. 05821600
105 E. Gonzales Street, Suite 205
Seguin, Texas 78155
Tel: 830.379.7227 Fax: 830.379.7228
Email:angela@angeladickerson.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify that on September **15**, 2016, a true and correct copy of Appellant's Motion to Dismiss Appeal was served via facsimile on Courtney Miller at 830.629.2559.

_____
Angela C. Dickerson